# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
Executive Director
and Attorney-in-Chief

Southern District of New York
Jennifer L. Brown
Attorney-in-Charge

July 6, 2022

**VIA ECF**
Honorable Judge Lewis J. Liman
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street
New York, NY 10007

> REQUEST GRANTED.
> The Sentencing hearing previously set for July 21, 2022 is rescheduled to September 6, 2022 at 2:00PM in Courtroom 15C at the 500 Pearl Street Courthouse.
>
> 7/6/2022  SO ORDERED.
> /s/ Lewis J. Liman
> LEWIS J. LIMAN
> United States District Judge

Re: **United States v. Rafael Rozon**
    **22 Cr. 219 (LJL)**

Dear Judge Liman:

I write on behalf of my client Rafael Rozon, the defendant in the above-captioned case, and write to request a forty-five day adjournment of the sentencing proceeding, which is currently scheduled for July 21, 2022. This adjournment will afford the defense sufficient time to collect remaining records relevant to the sentencing proceeding and to ensure Mr. Rozon receives effective representation.

I have conferred with AUSA Edward Robinson and I understand that he consents to this adjournment. Thank you for your consideration of this request.

Respectfully submitted,

/s/ Marisa K. Cabrera
Marisa K. Cabrera
Assistant Federal Defender
Tel.: (212) 417-8730

Cc: AUSA Edward Robinson