# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
Executive Director
and Attorney-in-Chief

Southern District of New York
Jennifer L. Brown
Attorney-in-Charge

September 28, 2023

REQUEST GRANTED.
The Court orders the United States Pretrial Services Office in the Southern District of New York to release Mr. Rafael Rozon's passport to Mr. Rozon or to a representative from the Federal Defenders office.

9/29/2023    SO ORDERED.

LEWIS J. LIMAN
United States District Judge

**VIA ECF**
Honorable Judge Lewis J. Liman
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street
New York, NY 10007

**Re:   United States v. Rafael Rozon**
      **22 Cr. 219 (LJL)**

Dear Judge Liman:

   I write to request that Your Honor order the United States Pretrial Services Office in the Southern District of New York to release Mr. Rafael Rozon's passport to Mr. Rozon or to a representative from my office. Mr. Rozon's passport was surrendered to Pretrial Services during the pendency of his criminal case. On September 23, 2023, Mr. Rozon received a sentence of 12 months and one day with three years of supervised release. Pretrial Services will only release Mr. Rozon's passport pursuant to a Court order. We thus respectfully request that the Court order the release of his passport.

                              Respectfully submitted,

                              /s/
                              Marisa K. Cabrera
                              Assistant Federal Defender
                              Tel.: (212) 417-8730

Cc: AUSA Edward Robinson